UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRENDA L. RUSSELL, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )  No. 1:15-cv-0703-DKL-TWP |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

*Final Judgment*

The Administrative Law Judge's decision is **VACATED** and **REMANDED** for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered in favor of Plaintiff and against Defendant.

Dated: 06/06/2016

*[signature]*
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Laura A. Briggs, Clerk

BY: *[signature]*
Deputy Clerk, U.S. District Court

Electronic Distribution to Counsel of Record